AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

In the Matter of the Search of
*USPS Priority Mail Parcel, identified by tracking number 9505 5101 2376 6117 5027 72 from Zip Code 95553, weighing approximately 3 pounds, 5.6 ounces and postmarked April 27, 2026. The parcel's return address is William Harris, P.O. Box 289, Miranda, CA 95553 and is addressed to Randy Morris, 542 N 4410 Road, Fort Towson, OK 74735*

Case No. 26-MJ-365-JFJ
**FILED UNDER SEAL**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Oklahoma *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before 5/15/26 *(not to exceed 14 days)*

☑ in the daytime, 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jodi F. Jayne .
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):

☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _______________.

Date and time issued: 5/1/26, 5:00pm

[signature]
*Judge's signature*

City and state: Tulsa, Oklahoma

Jodi F. Jayne, U.S. Magistrate Judge

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4707456-PMN | 5/4/26 2:39pm | USPIS |

Inventory made in the presence of :
Postal Inspector Chris Nicholson

Inventory of the property taken and name of any person(s) seized:
approx. 2lbs 4.1oz of green leafy substance consistent with the appearance of marijuana and a Marijuana based product.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/4/26

*Executing officer's signature*

Edward Cody U.S. Postal Inspector
*Printed name and title*

# ATTACHMENT "A"

SUBJECT PARCEL: A United States Postal Service (USPS) Mailing Box originating in the city of Garberville, CA. It is more specifically described as a USPS Priority Mail Parcel tracking **9505 5101 2376 6117 5027 72** sent via USPS Priority Mail Service from Garberville, CA weighing approximately 3 pounds, 5.6 ounces, was paid for in cash, and entered the mail-stream on April 27, 2026 (herein referred to as "**Subject Parcel**"). The **Subject Parcel** has a return address of William Harris, P.O. Box 289, Miranda, CA 95553, and is addressed to Randy Morris, 542 N 4410 Road, Fort Towson, OK 74735. The **Subject Parcel** is currently located at the USPIS Domicile Office in Tulsa, OK, within the Northern District of Oklahoma.



**ATTACHMENT "B"**

Any controlled substances and evidence constituting ownership and intent to possess controlled substances and possess controlled substances with intent to distribute under Title 21, United States Code, Section 841.